0529452UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 09-32258 GMB

Debtor: William M. & Diana A. Jennings

| Check Number | Creditor | Amount |
|---|---|---|
| 1709171 | William M. & Diana A. Jennings | 7526.00 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   November 10, 2010